**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

ALONSO IVAN REYES BAUTISTA,            )
                                                           )
    Petitioner,                                    )
                                                           )
v.                                                         )
                                                           )
                                                           )       Case No.: 2:26-cv-02469-SHL-atc
CHRISTOPHER BULLOCK, in his official   )
capacity as Director of Harlingen Field      )
Office for ICE,                                       )
                                                           )
    Respondent.                                  )
                                                           )

---

**JUDGMENT**

---

**JUDGMENT BY COURT.**  This action having come before the Court on Petitioner Alonzo Ivan Reyes Bautista's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. §2241 (ECF No. 1), filed April 24, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with Petitioner's Notice of Stipulated Dismissal (ECF No. 12) filed June 23, 2026, the matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

June 24, 2026
Date